UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KATHY BRADLEY and LOIS HESS,      Relators, <br><br> and <br><br> UNITED STATES OF AMERICA,      Intervenor, <br><br> v. <br><br> RIPLEY COMPANY, INC. and CAPEWELL COMPONENTS COMPANY, LLC,      Defendants. | Case No. 10-cv-562-JPG-PMF |

## JUDGMENT

This matter having come before the Court, and the plaintiffs having filed a notice of dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that the claims brought by relators Kathy Bradley and Lois Hess are dismissed with prejudice to their ability to bring claims based on the defendants' alleged conduct in this case and without costs; and

IT IS FURTHER ORDERED AND ADJUDGED that any claims of the United States based on the defendants' alleged conduct in this case are dismissed without prejudice.

**NANCY J. ROSENSTENGEL, Clerk of Court**

**Dated: June 28, 2011**        s/ Jina Hoyt, Deputy Clerk

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**